UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

**FILED - GR**
November 28, 2012 4:55 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_MKC /_____  SCANNED BY: ___ / ___

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

RICARDO TORRES-NAVARRO,
ZORY ELIZABETH RIVERA-DUENAS ("SORY"),
ADEMIA PENALOZA, and
RODRIGO MORAN-PENALOZA,

        Defendants.
_____/

No.

Hon.

**1:12-cr-283**

**Robert Holmes Bell**
**U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
## THE CONSPIRACY AND ITS OBJECTS

1.     Between in or about late March, 2012, and on or about April 10, 2012, in Kent

County, in the Western District of Michigan, Southern Division, and elsewhere,

RICARDO TORRES-NAVARRO,
ZORY ELIZABETH RIVERA-DUENAS ("SORY"),
ADEMIA PENALOZA, and
RODRIGO MORAN-PENALOZA,

knowing and in reckless disregard of the fact that JJRR was an alien who had not received prior

official authorization to come to, enter, or reside in the United States, engaged in a conspiracy to

bring and aid and abet in bringing such person from Mexico to the United States and thereafter,

in knowing and reckless disregard of the fact that he had come to, entered, and remained in the

United States in violation of law, further conspired to transport and move such alien within the

United States from Texas to Kent County, Michigan by means of a motor vehicle, in furtherance

of such violation of law, and, in the case of Ricardo Torres-Navarro, did so for the purpose of private financial gain.

2.      The principal object of the conspiracy was to bring JJRR, an alien minor, from his native country of Mexico to the Western District of Michigan, in violation of the immigration laws and regulations of the United States.  It was the further object of Ricardo Torres-Navarro to realize private financial gain from his participation in the conspiracy.

## THE CONSPIRATORS

1.      Ricardo Torres-Navarro, an adult citizen of the United States, was the boyfriend of Ademia Penaloza.

2.      Zory Elizabeth Rivera-Duenas ("Sory"), an adult citizen of Mexico illegally in the United States, was the mother of 10-year-old JJRR, also a Mexican citizen.

3.      Ademia Penaloza, an adult citizen of Mexico illegally in the United States, was the girlfriend of Ricardo Torres-Navarro and the mother of Rodrigo Moran-Penaloza (her 18-year-old son), BMP (her 15-year-old daughter), and MCL (her 9-year-old son).

4.      Rodrigo Moran-Penaloza, a United States citizen by birth, was the 18-year-old son of Ademia Penaloza and the brother of BMP, his 15-year-old sister, and MCL, his 9-year-old brother.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Western District of Michigan and elsewhere:

1.      In or about late March 2012, Zory Elizabeth Rivera-Duenas contacted Ricardo Torres-Navarro and Ademia Penaloza in Kent County, Michigan, and offered to pay them $1,500

to smuggle JJRR, her 10-year-old Mexican citizen son, into the United States from Mexico and thereafter to transport him to Kent County, Michigan.

2.      In or about late March 2012, Ricardo Torres-Navarro accepted the proposition and was paid $1,500 in cash by Zory Elizabeth Rivera-Duenas.

3.      On or about April 6, 2012, Ricardo Torres-Navarro requested Ademia Penaloza to bring the birth certificate of MCL, her 9-year-old son, to misrepresent the identity and citizenship of JJRR to immigration inspectors.

4.      On or about April 6, 2012, Ricardo Torres-Navarro and Ademia Penaloza recruited Rodrigo Moran-Penaloza, who they mistakenly believed had a valid driver's license, to participate in the smuggling and transportation of JJRR from Mexico to Kent County, Michigan.

5.      On or about April 6, 2012, Ricardo Torres-Navarro, Ademia Penaloza, Rodrigo Moran-Penaloza, and BMP, Ademia Penaloza's fifteen-year-old daughter, departed from Kent County, Michigan in a 2002 Chevrolet Avalanche registered to Rodrigo Moran Penaloza.

6.      On or about April 7, 2012, Ricardo Torres-Navarro, Ademia Penaloza, Rodrigo Moran-Penaloza, and BMP arrived in Texas and spent the night at a hotel in or near Lewisville, Texas.

7.      On or about April 8, 2012, Ricardo Torres-Navarro, Ademia Penaloza, Rodrigo Moran-Penaloza, and BMP traveled to a location near the Mexican border, whereupon Ricardo Torres-Navarro, Rodrigo Moran-Penaloza, and BMP boarded a shuttle to the Port of Entry at Eagle Pass, Texas, while Ademia Penaloza remained behind because of concerns that her illegal status in the United States would be detected.

8.      At approximately 1:15 p.m., on April 8, 2012, Ricardo Torres-Navarro, Rodrigo

3

Moran-Penaloza, and BMP crossed into Mexico on foot via the pedestrian section of the Port.

9.      On or about April 8, 2012, upon their arrival in Mexico, Ricardo Torres-Navarro advised the others to look for an elderly person with a child, after which they located a woman who relinquished JJRR to them.

10.     At approximately 2:40 p.m., on or about April 8, 2012, Ricardo Torres-Navarro, Rodrigo Moran-Penaloza, BMP, and JJRR crossed into the United States via the pedestrian Port of Entry at Eagle Pass, Texas.

11.     On or about April 8, 2012, after reentering the United States, Ricardo Torres-Navarro, Rodrigo Moran-Penaloza, BMP, and JJRR encountered an interior checkpoint, at which the immigration inspector was presented with the American birth certificate of MCL, the 9-year-old son of Ademia Penaloza, which they had brought with them for the purpose of misleading the officers into believing that JJRR was a United States citizen in the United States legally.

12.     On or about the evening of April 8, 2012, Ricardo Torres-Navarro, Rodrigo Moran-Penaloza, BMP, and JJRR met Ademia Penaloza in San Antonio, Texas, where they spent the night.

13.     On or about April 9, 2012, Ricardo Torres-Navarro, Adema Penaloza, Rodrigo Moran-Penaloza, BMP, and JJRR proceeded to an office of the Texas Department of Public Safety, where Ricardo Torres-Navarro obtained a temporary driver's permit in order to ensure that there would be a licensed driver in the vehicle if they were stopped en route to Michigan, after which they departed for Michigan.

14.     On or about April 10, 2012, near Grandville, Kent County, Michigan, the

Michigan State Police made a traffic stop on the Chevrolet Avalanche driven by Ricardo Torres-

Navarro and carrying Ademia Penaloza, Ricardo Moran-Penaloza, BMP, and JJRR.

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i), (ii)
8 U.S.C. § 1324(a)(2)(A), (B)(ii)
18 U.S.C. § 371

## COUNT 2

Between on or about April 6, 2012, and on or about April 10, 2012, in Kent County, in the Western District of Michigan, Southern Division, and elsewhere,

RICARDO TORRES-NAVARRO,
ZORY ELIZABETH RIVERA-DUENAS ("SORY"),
ADEMIA PENALOZA, and
RODRIGO MORAN-PENALOZA,

knowing and in reckless disregard of the fact that JJRR, a minor alien, had not received prior official authorization to come to, enter, or reside in the United States, willfully caused and aided and abetted each other and others in bringing such alien to the United States and, in the case of Ricardo Torres-Navarro, did so for the purpose of private financial gain.

8 U.S.C. § 1324(a)(2)(A), (B)(ii)
18 U.S.C. § 2

## COUNT 3

Between on or about April 8, 2012, and on or about April 10, 2012, in Kent County, in the Western District of Michigan, Southern Division, and elsewhere,

RICARDO TORRES-NAVARRO,
ZORY ELIZABETH RIVERA-DUENAS ("SORY"),
ADEMIA PENALOZA, and
RODRIGO MORAN-PENALOZA,

knowing and in reckless disregard of the fact that JJRR, a minor alien, had come to, entered, and remained in the United States in violation of law, willfully transported and aided and abetted the transportation of such alien within the United States from Texas to Kent County, Michigan by means of a motor vehicle, in furtherance of such violation of law, and, in the case of Ricardo Torres-Navarro, did so for the purpose of private financial gain.

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i), (ii)
8 U.S.C. § 1324(a)(1)(A)(v)(II)

A TRUE BILL

_____
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
DONALD DANIELS
Assistant United States Attorney

7